In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, Appellant, for Revocation of a Liquor Tax Certificate.

WILLIAM A. DECKER, Respondent.

*Matter of Sisson* v. *Decker*, 184 App. Div. 623, affirmed.
(Submitted January 8, 1919; decided January 28, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 26, 1918, which reversed an order of Special Term granting a motion for the revocation of a liquor tax certificate and dismissed said petition. The respondent Decker during the year ending September 30, 1917, lawfully conducted a liquor business at No. 448 Broadway in the city of Kingston. It being a city having a population of less than 55,000, a commission was appointed under the authority of chapter 623 of the Laws of 1917, to reduce the number of places in said town, and this commission met and designated No. 571 Broadway, Kingston, as a place in which the

traffic in liquor might be conducted after October 1, 1917, and also designated No. 448 Broadway, Kingston, as a place in which traffic in liquor might not be conducted after October 1, 1917. The respondent thereupon secured possession of the premises No. 571 Broadway, and took out a liquor tax certificate for such premises for the year commencing October 1, 1917. On October 13, 1917, he procured a transfer of such liquor tax certificate to No. 448 Broadway, filing an application statement with the county treasurer, and at the same time filing what is known as a notice of abandonment, abandoning the traffic at 571 Broadway in favor of 448 Broadway. It is conceded that there are a number of buildings nine-tenths of the cubic space of which is occupied as dwellings within 300 feet of No. 448 Broadway, and that no consents have been obtained therefor. The Appellate Division held that consents were unnecessary.

*Porter L. Merriman* and *Harry D. Sanders* for appellant.
*Andrew J. Cook* for respondent.

Order affirmed, with costs, on opinion of LYON, J., below.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN and ANDREWS, JJ. Dissenting: POUND, J.